NEW JERSEY PULVERIZING COMPANY, ETC. v. COMMERCIAL UNION INSURANCE COMPANY OF NEW YORK.

July 21, 1980.

Petition for certification is granted and the matter is summarily reversed and remanded to the Superior Court, Appellate Division for consideration of the motion for counsel fees and costs on the merits of the application.

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF LEONARD S. KATZ, D. O.

July 21, 1980.

Petition for certification granted and the decision of the Superior Court, Appellate Division is summarily reversed.

STATE OF NEW JERSEY v. NICHOLAS CATANIA.

July 21, 1980.

Petition for certification granted.

STATE OF NEW JERSEY v. LOUIS GATTO, JR.

July 21, 1980.

Petition for certification granted.